1  Jeffrey J. Lowe
   **The Lowe Law Firm**
2  8235 Forsyth Blvd, Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314-678-3400
   Facsimile: 314-678-3401
4  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-3033 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Marie Nobles, et al.,<br><br>                     Plaintiffs<br><br>vs.<br><br>Pfizer Inc, et al.,<br><br>                     Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Michael Greer for Bobbie Greer, Randal Olmstead, William Stokes, Christina Rank for William Vanluvan, and Lawrence Deatherage for Vada Deatherage, in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own

//
//
//

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

attorneys' fees and costs.

DATED: 10/24, 2010   By: _____

**THE LOWE LAW FIRM**
8235 Forsyth Blvd, Suite 1100
St. Louis, Missouri 63105
Telephone: 314-678-3400
Facsimile: 314-678-3401

*Attorneys for Plaintiffs*

DATED: 10/7, 2010   By: _____

**THOMPSON COBURN LLP**
One US Bank Plaza
St. Louis, MO 63101
Telephone: 314-552-6000
Facsimile: 314-552-7000

*Attorneys for American Drug Stores, Inc.
and Christopher Geransin*

DATED: 10/26, 2010   By: _____/S/_____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 11/2/2010   _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE